UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Chapter 12 |
| Philip M. & Lesa D. Stehr | ) | 20-13497-JDL |
| | ) | |
| | ) | |

## AMENDED NOTICE OF CORRECTED §341 MEETING

NOTICE IS HEREBY GIVEN the §341 meeting for the above referenced case has been rescheduled to the following date and time:

|  |  |
|---|---|
| § 341 Date: | **November 30, 2020** |
| § 341 Time: | **10:30 A.M.** |
| § 341 Location: | **Telephonically with the following call in and passcode:** |
| | **877-684-6042** |
| | **Code #4251112** |
| **Trustee**: | **Lonnie Eck** |

ILENE LASHINSKY
UNITED STATES TRUSTEE

CHARLES GLIDEWELL
ASSISTANT U.S. TRUSTEE

s/ Marjorie J. Creasey
Marjorie J. Creasey, OBA #17819
Office of the United States Trustee
215 Dean A. McGee, Fourth Floor
Oklahoma City, OK 73102
(405) 231-4393/231-5958 [fax]
Marjorie.creasey@usdoj.gov

## CERTIFICATE OF MAILING

This is to certify, under penalty of perjury, that on October 30, 2020, the above and foregoing Notice was mailed, postage prepaid, as set forth on the mailing matrix attached to the original Notice electronically filed with this court.

s/ Marjorie J. Creasey
Marjorie J. Creasey, OBA #17819

Case: 20-13497  Doc: 9  Filed: 10/30/20  Page: 2 of 2