| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 20-13497<br>Western District of Oklahoma<br>Oklahoma City<br>Fri Oct 30 11:38:24 CDT 2020 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 |
| American Express<br>PO Box 650448<br>Dallas TX 75265-0448 | Bancfirst Marlow<br>128 W. Main<br>Marlow OK 73055-2438 | Capital One<br>PO Box 60599<br>City of Industry CA 91716-0599 |
| Chad Rippetoe<br>18337 E 1220 Rd<br>Sayre OK 73662-6501 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Doug Jackson<br>Gungoll, Jackson, Box, & Devoll<br>101 Park Ave., Ste 1400<br>Oklahoma City OK 73102-7216 |
| Farmers Coop-Sayre<br>109 S. 6th<br>Claremont NC 28610 | John Deere Financial<br>PO Box 650215<br>Dallas TX 75265-0215 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| United States Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3479 | (c)JAMES BRUNSON<br>AG-LAW, P.C.<br>500 N WALKER AVE STE 140<br>OKLAHOMA CITY OK  73102-1657 | Lesa Dale Stehr<br>112 Summer Dr.<br>Altus, OK 73521-2131 |
| Lonnie D Eck<br>PO Box 2038<br>Tulsa, OK 74101-2038 | Philip Martin Stehr<br>112 Summer Dr.<br>Altus, OK 73521-2131 | |

```
          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).
```

Chase Bank- Credit Card
PO Box 15123
Wilmington DE 19850

```
                            Addresses marked (c) above for the following entity/entities were corrected
                                  as required by the USPS Locatable Address Conversion System (LACS).
```

| | | |
|---|---|---|
| James Brunson<br>AG-LAW, P.C.<br>500 N. Walker, Suite C-100<br>Oklahoma City, OK 73102 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     0<br>Total                   16 | |